IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD J. NICHOLAS,  )<br>    Petitioner,         )<br>                       )<br>Vs.                    )<br>                       )<br>COMMONWEALTH OF PA, et. al.,  )<br>    Respondents        ) | Civil Action No. 05-279 Erie |

**O R D E R**

AND NOW, to wit, this 21st day of August, 2006, the Petitioner have filed a Petition for Review/and Motion to Amend 05-279 Habeas Corpus into Civil Complaint (Document No. 7)

IT IS HEREBY ORDERED that said motion be and hereby is DENIED.

                                    S/Sean J. McLaughlin
                                    Sean J. McLaughlin
                                    United States District Judge

cc: all parties of record. nk