IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD J. NICHOLAS,<br>         Plaintiff, | )<br>)<br>) |
| vs. | )     Civil Action No. 05-279 ERIE<br>) |
| COMMONWEALTH OF PA et. al.,<br>         Defendants. | )<br>)<br>) |

**ORDER**

AND NOW this 13th day of October, 2006, after consideration of the Plaintiff's Petition for Reconsideration and Change of venue for Consideration in Another State (Doc #10)

IT IS HEREBY ORDERED that said Petition is DENIED AS MOOT.

                                                                S/Sean J. McLaughlin
                                                                Sean J. McLaughlin
                                                                United States District Judge

cc: counsel/parties of record   NK