**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EDWARD J. NICHOLAS,           )<br>           Plaintiff        )<br>                                        )<br>                                        )    C.A. No. 05-279 Erie<br>                                        )<br>ATTY GENERAL OF PA, et al,  )<br>           Defendants     ) | |

## ORDER

This case was transferred to another federal district court by Order of this Court dated October 6, 2005. However, Petitioner continues to file motions in this closed case.

AND NOW, this 8th day of November, 2006;

IT IS ORDERED that Petitioner's motion for leave to enforce R.O.R. bail [Document # 15] is DENIED.

IT IS FURTHER ORDERED that Petitioner's motion for leave to set aside transfer order [Document # 16] is DENIED.

IT IS FURTHER ORDERED that Petitioner's motion for certificate of appealability [Document # 19] is DENIED as transfer orders are not appealable.

                                        S/ Sean J. McLaughlin
                                        SEAN J. MCLAUGHLIN
                                        UNITED STATES DISTRICT JUDGE